DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Sable v. Sable (now Knight)<br><br>Case below:<br>177 N.C. App. 811<br>(6 June 2006) | No. 351P06 | 1. Plt's Petition for Writ of Supersedeas (COA05-664) | 1. Denied 03/08/07 |
| | | 2. Plt's PDR Under N.C.G.S. § 7A-31 | 2. Denied 03/08/07 |
| | | 3. Plt's Motion for Leave to Partially Withdraw PDR | 3. Dismissed as Moot 03/08/07 |
| | | 4. Plt's Motion for Limited Remand | 4. Dismissed as Moot 03/08/07 |
| Sea Ranch Owners Ass'n v. Sea Ranch, II, Inc.<br><br>Case below:<br>180 N.C. App. 226 | No. 338P06 | 1. Plt's Motion for Temporary Stay (COA05-1528 & 1559) | 1. Allowed 06/26/06<br>**360 N.C. 649**<br>Stay Dissolved 03/08/07 |
| | | 2. Plt's Petition for Writ of Supersedeas | 2. Denied 03/08/07 |
| | | 3. Plt's PDR Under N.C.G.S. § 7A-31 | 3. Denied 03/08/07 |
| | | 4. Plt's Motion for Leave to File a Rule 60(a) Motion in Superior Court | 4. Dismissed as Moot 03/08/07 |
| | | | **Martin, J., and Hudson, J., Recused** |
| Shelton v. Duke Univ. Health Sys., Inc.<br><br>Case below:<br>179 N.C. App. 120 | No. 470P06 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1113) | 1. Denied 03/08/07 |
| | | 2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot 03/08/07 |
| State v. Aikin<br><br>Case below:<br>180 N.C. App. 691 | No. 027P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-8) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed 03/08/07 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied 03/08/07 |